No. 00–6625. MILLAN v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–6626. CAMPBELL v. JOHNSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–6629. BARRY v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 00–6632. BARNETT v. FANELLO, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 00–6638. MOORE v. COUNTY OF COOK, DBA COOK COUNTY HOSPITAL. C. A. 7th Cir. Certiorari denied.

No. 00–6642. ODOMS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–6643. PETERSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 00–6649. RUSSELL v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 00–6652. EASTON v. SUTTER COAST HOSPITAL ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 00–6659. STEELE v. BEARY ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–6662. BEEDLES v. PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–6664. COLEMAN v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 00–6666. EDMOND v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.